

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:          Bryant Williams  **V.**  The State of Texas

Appellate case number:    01-11-00017-CR & 01-11-00018-CR

Trial court case number:  08DCR049851 & 08DCR49852

Trial court:                          400th District Court of Fort Bend County

Date motion filed:               September 6, 2012

Party filing motion:            Appellant, Bryant Williams

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                                        ☐ Acting individually     ☒   Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes.


Date:  October 1, 2013